AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAVID GREENING (a.k.a. NAATHON-RAY JOHNSON
and NATHAN R. JOHNSON)
                                     Plaintiff,

                             JUDGMENT IN A CIVIL CASE

                   v.

ELDON VAIL and KAREN DANIELS,
                             CASE NUMBER: CV-09-306-LRS

                            Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is dismissed without prejudice pursuant to the Court's Order entered on December 8, 2009, Ct. Rec. 12.


December 8, 2009                                   JAMES R. LARSEN
*Date*                                               *Clerk*
                                                   s/ Cora Vargas
                                                   *(By) Deputy Clerk*
                                                   Cora Vargas